UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| HAROLD PETTIT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 2:13cv253 |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

OPINION AND ORDER

On December 29, 2014, this court entered an order directing the Government to submit, for *in camera* review, the documents identified in Privilege Logs 1-3. These documents consist of a "Patient Fall Report", "Report of an Adverse Event", and "Root Cause Analysis".

On January 28, 2015, the Government submitted the "Patient Fall Report", numbered pettitvap001 through and including pettitvap003. The Government has not submitted the "Report of an Adverse Event" and the "Root Cause Analysis", as ordered. These documents are identified in the Privilege Log as documents two and three. (See Exhibit to Plaintiff's Brief in Support of Motion to Compel and Request for a Hearing on the Matter, DE 32).

Again, the court orders the Government to submit for *in camera* review the "Report of an Adverse Event" and the "Root Cause Analysis" documents, along with the equivalent medical records already in the plaintiff's possession, if any.

Conclusion

The Government is ORDERED to submit the above-referenced documents to the court,

along with the equivalent medical records, within 30 days.   Pettit's appeal remains UNDER

ADVISEMENT.


 Entered: February 17, 2015.

>s/ William C.  Lee
> William C. Lee, Judge
> United States District Court