UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

HAROLD PETTIT,                        )
                                      )
        Plaintiff,                    )
                                      )
    v.                                )       CIVIL NO. 2:13cv253
                                      )
UNITED STATES OF AMERICA,             )
                                      )
        Defendant.                    )

OPINION AND ORDER

This matter is before the court on a "Motion to Require United States of America to Pay Entire Mediation Fee", filed by the plaintiff, Harold Pettit ("Pettit"), on January 19, 2015. The United States responded to the motion on February 5, 2015, to which Pettit replied on February 8, 2015.

The basis for Pettit's motion is that, as a nursing home resident, he cannot afford to pay the mediation fee. Pettit also believes the United States did not mediate in good faith. The court will hold the motion UNDER ADVISEMENT, with the understanding that if Pettit prevails in his lawsuit, he will then have the funds to pay the mediation fee.

The court also orders the parties to engage in a further mediation/settlement conference before a judicial officer. To this end, the court refers this matter to Magistrate Judge Christopher A. Nuechterlein, in South Bend, Indiana, for a mediation/settlement conference.

        SO ORDERED.


 Entered:     March 2, 2015.


                                        s/ William C.  Lee
                                        William C. Lee, Judge
                                        United States District Court